# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **SERGIO G. SANCHEZ,** | )<br>) |
| Plaintiff, | )  CASE NO. C18-1355-BJR<br>) |
| v. | )<br>)  **ORDER ADOPTING**<br>)  **REPORT AND RECOMMENDATION** |
| **JEANNE YOUNGQUIST,** *et al*. | )<br>) |
| Defendants. | ) |

*Pro se* Plaintiff Sergio Sanchez brings this civil rights action pursuant to 42 U.S.C. § 1983. In a report and recommendation issued on January 8, 2019, the Honorable Magistrate Judge Mary Alice Theiler recommends that the amended complaint be dismissed without prejudice for failure to state a claim on which relief can be granted. Dkt. No. 12. Plaintiff did not file objections to the report and recommendation. "When no timely objection is filed, the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Corizon Health, Inc. v. CorrecTek Inc*., 2017 WL 3091456, *1 (D. Idaho Feb. 3, 2017) quoting Advisory Committee Notes to Fed. R. Civ. Proc. 72. Having reviewed the report and recommendation, the record of the case, and the relevant legal authority, the Court

concludes that there is no clear error on the face of the record and therefore ADOPTS the recommendation. The amended complaint is HEREBY DISMISSED without prejudice.

Dated this 28th day of February, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge